IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                              Case No. 3:19mj11

TYLER STEWART
a/k/a "@Tragic,"

---

**INITIAL APPEARANCE FOR DEFENDANT
<u>CHARGED IN ANOTHER DISTRICT</u>**

The defendant has been advised by the undersigned of the rights enumerated herein and the following action has been taken:

1. Advised that defendant is before a U.S. Magistrate ✓

2. Advised of the charge or charges ✓

3. Advised that defendant does not have to make any statement; that they have a right to consult with an attorney before making any statement; that any statement they make could be used against them; that they will not be called upon to enter a plea at this hearing ✓

4. Advised of right to hire counsel, or have counsel appointed if, after inquiry, found to be financially unable to hire counsel ✓

5. Defendant waived attendance of counsel for this hearing and advised that waiver does not prevent requesting counsel for trial ___

6. Defendant executed CJA 23 ✓

-1-

7. Federal public defender appointed after determination defendant unable to hire counsel (CJA 20) ___

8. Advised defendant should obtain and file CJA 23 if subsequently decide to request appointment of counsel ___

9. Defendant admitted financial ability to employ counsel/Counsel ___

10. Defendant found financially unable to employ counsel ___

11. Defendant found to be able to make full or partial payment for appointed counsel ___

12. Federal public defender appointed solely for the purposes of proceedings in this district ✓

13. Since indicted, informed that not entitled to a preliminary hearing ✓

14. Advised of right to hearing in this district as to identity (Rule 5(a)) ✓

   (a) Advised of right to subpoena witnesses and produce evidence at identity hearing ___

   (b) Advised the consequence after identity hearing is removal to the charging district and issuance of warrant ___

   (c) Advised of right to waive identity hearing ___

    (d)    Identity hearing waived (AO 121) ✓

    (e)    Fix date for identity hearing _____ _____

    (f)    Identity hearing held and defendant <u>found/not found</u> to be the persons named in the charging instrument _____

    (g)    Removal warrant authorized _____

15. Defendant advised of right to consider Rule 20 transfer ✓

16. Defendant advised of right to reasonable bail _____

17. Order Setting Conditions of Release entered (AO 199A) ✓

18. Government moved for detention without bail _____

    (a)    Government represented ready for detention hearing immediately _____

    (b)    Government requested continuance of _____ days (up to and including 3 days) _____

    (c)    Defendant advised of right of continuance for up to and including 5 days _____

    (d)    Detention hearing scheduled and Temporary Detention Order entered _____

    (e)    Detention hearing conducted _____

        1)    Order of detention entered _____

        2)    Order Setting Conditions of Release entered _____

    (f)    Defendant stipulated to detention pending review in charging district _____

(g) Defendant currently under order of incarceration, negating necessity of consideration of detention on this charge(s) at this time

_____
ELIZABETH M. TIMOTHY
**CHIEF UNITED STATES MAGISTRATE JUDGE**

NOTES:_____
_____
_____
_____

AUSA present at initial appearance:
    D. Goldberg
AFPD present at initial appearance:
    L. Gbb

Date: January 23, 2019