

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

## MEMORANDUM

**UNITED STATES OF AMERICA**

Case No.  3:19mj11

-vs-

**TYLER STEWART**

---

DATE:	1/24/19

TO	**Your Case No.  19CR00014**-MWF
	First Street U.S. Courthouse
	350 W 1st Street, Suite 4311
	Los Angeles, CA 90012-4565

FROM:	Irma McCain-Coby, United States District Court
	Courtroom Deputy for
	Elizabeth M. Timothy, United States Magistrate Judge
	Charles J. Kahn, Jr, United States Magistrate Judge
	United States Courthouse
	100 North Palafox Street
	Pensacola, Florida 32502-5625

SUBJECT:	Rule 5 Proceedings

The above-styled case originated in your division.  Enclosed please find  copies of documents regarding proceedings held in the Northern District of Florida in Pensacola, Florida wherein the following action was taken:

INITIAL APPEARANCE: 1/24/19
DETENTION:   Initial Appearance; Conditions of Release

Enclosures